UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUMMER TURNER, | CASE NO. C22-124 RSM |
| Plaintiff, | ORDER |
| v. | |
| MARY PLACE, et al., | |
| Defendants. | |

This matter is before the Court *sua sponte* after the Court, on June 7, 2022, ordered Plaintiff to file an Amended Complaint within twenty-one (21) days.  Dkt. # 6.  The Court explained that certain deficiencies in Plaintiff's first complaint would result, if unremedied, in dismissal of this action.  *Id.* at 3–5.  The Court warned Plaintiff that the failure to file an Amended Complaint "would result in dismissal of this case."  *Id.* at 5.  Plaintiff failed to respond or file an amended complaint.  Accordingly, this matter is DISMISSED without prejudice and the case is CLOSED.  The Clerk is requested to send a copy of this Order to Plaintiff's last known address.

DATED this 1st day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1